IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ESTHER COLEMAN,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:12-CV-1983-L** |
| **CAROLYN W. COLVIN,** Commissioner of Social Security Administration, | § § § § | |
| Defendant. | § § | |

## ORDER

Plaintiff filed this appeal on June 22, 2012, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claims for Disability Insurance benefits under Title II of the Social Security Act. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 18, 2013, recommending that the final decision of the Commissioner be affirmed and this appeal dismissed with prejudice.

Plaintiff filed objections to the Report on August 2, 2013. Plaintiff contends that contrary to the Report, the administrate law judge's ("ALJ") failure to recognize her RSD/CRPS as a medically determinable impairment and consider its effects in making credibility findings prejudiced her disability claim. Plaintiff also contends that the ALJ's failure to recognize and consider her RSD/CRPS led to an improper rejection of the opinions of her treating podiatrist, Dr. Jones. Plaintiff asserts that, contrary to the Report, Dr. Jones's opinions are more than conclusory and unsupported statements when considering them in conjunction with Plaintiff's RSD/CRPS.

After conducting a de novo review of the pleadings, objections, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections, **affirms** the Commissioner's decision, and **dismisses with prejudice** this appeal.

**It is so ordered** this 6th day of August, 2013.

                                              Sam A. Lindsay
                                              United States District Judge